**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | |
|---|---|
| COLOSSUS MEDIA, LLC, | * |
| *Plaintiff*, | * |
| v. | *   Case No. 8:24-cv-01402 |
| ADALYTICS RESEARCH, LLC | * |
| *Defendant*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF JONATHAN LEE

I, JONATHAN LEE, make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am over the age of 18 years and otherwise am competent to make this declaration.

2. I am General Counsel for Adalytics Research, LLC, the defendant in this matter ("Adalytics" or "Defendant").

3. I either received, drafted, or reviewed all of the correspondence that was compiled in Exhibit 2 to Adalytics' Motion to Dismiss in this matter (ECF No. 19). The documents that make up Exhibit 2 are true and correct copies of emails and letters related to this matter.

4. The redactions in Exhibit 2 were made simply to delineate between email chains and eliminate redundant material for ease of review.

5. The AdExchanger article attached as Exhibit 3 to Adalytics' Motion to Dismiss is a true and correct copy of the article that was posted on the internet and accessed shortly before Adalytics filed its Motion to Dismiss.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 14, 2024

Jonathan Lee