IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COLOSSUS MEDIA, LLC        :

                          :

   v.                      :   Civil Action No. DKC 24-1402

                          :

ADALYTICS RESEARCH, LLC    :

                          :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 5th day of March, 2025, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss filed by Defendant Adalytics (ECF No. 19) BE, and the same HEREBY IS, DENIED; and

2. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                                 /s/
                                     DEBORAH K. CHASANOW
                                     United States District Judge