## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

COLOSSUS MEDIA, LLC,

      *Plaintiff,*

v.

ADALYTICS RESEARCH, LLC,

      *Defendant.*

Case 8:24-cv-01402-DKC

## PLAINTIFF COLOSSUS MEDIA, LLC'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM

Plaintiff Colossus Media, LLC ("Plaintiff" or "Colossus SSP"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6), hereby files this Motion to Dismiss the Counterclaim ("Counterclaim") filed by Defendant Adalytics Research, LLC ("Defendant" or "Adalytics") and in support thereof states as follows:

1.      Adalytics' Counterclaim asserts a singular cause of action – Defamation – based on Colossus SSP's general allegation (which forms the basis of Colossus SSP's Complaint and Amended Complaint) that a post published by Adalytics on the internet ("Challenged Post") was false. This cause of action is subject to dismissal for failure to state a claim.

2.      Adalytics' Counterclaim is deficient because it does not plead any specific allegedly defamatory statements with enough detail to put Colossus SSP on notice of the basis of Adalytics' Counterclaim, because Colossus SSP's statements that the Challenged Post is false are protected by the absolute litigation and fair report privilege, and because Adalytics' Counterclaim does not plead facts sufficient to overcome Colossus SSP's privilege of reply.

1

3.    Colossus SSP incorporates the attached Memorandum of Law as if set forth fully herein.

WHEREFORE, for the foregoing reasons and those set forth in the attached Memorandum of Law, Plaintiff Colossus SSP, LLC, respectfully requests that this Honorable Court grant its Motion to Dismiss Defendant's Counterclaim with prejudice and grant such other and further relief as the Court deems just and proper.

Dated: May 14, 2025                                    Respectfully submitted,

                                                       /s/ Melissa O. Martinez
                                                       Ava E. Lias-Booker (Federal Bar No. 05022)
                                                       Melissa O. Martinez (Federal Bar No. 28975)
                                                       **McGuireWoods LLP**
                                                       500 East Pratt Street, Suite 1000
                                                       Baltimore, MD 21202-3169
                                                       (410) 659-4400
                                                       (410) 659-4482 Fax
                                                       alias-booker@mcguirewoods.com
                                                       mmartinez@mcguirewoods.com

                                                       Robert A. Muckenfuss (admitted *pro hac vice*)
                                                       **McGuireWoods LLP**
                                                       201 N. Tryon Street, Suite 3000
                                                       Charlotte, NC 28202
                                                       (704) 343-2052
                                                       (704) 343-2300 Fax
                                                       rmuckenfuss@mcguirewoods.com

                                                       Lucy J. Wheatley (admitted *pro hac vice*)
                                                       **McGuireWoods LLP**
                                                       Gateway Plaza
                                                       800 East Canal Street
                                                       Richmond, VA 23219
                                                       (804) 775-4320
                                                       (804) 698-2017 Fax
                                                       lwheatley@mcguirewoods.com

Daniel P. Withers (admitted *pro hac vice*)
**MᴄGᴜɪʀᴇWᴏᴏᴅꜱ LLP**
2601 Olive Street, Suite 2100
Dallas, TX 75201
(214) 932-6439
(214) 932-6499 Fax
dwithers@mcguirewoods.com

*Counsel for Plaintiff Colossus Media, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May 2025, I caused a true and correct copy of Plaintiff Colossus Media, LLC's Motion To Dismiss Defendant's Counterclaim, Memorandum in Support, and Proposed Order to be electronically filed and served upon all counsel of record via the Court's CM/ECF system.

_/s/ Melissa O. Martinez_
Melissa O. Martinez