IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COLOSSUS MEDIA, LLC,

    *Plaintiff,*

v.

ADALYTICS RESEARCH, LLC,

    *Defendant.*

Case 8:24-cv-01402-DKC

### ORDER

Upon consideration of the Motion to Dismiss filed by Plaintiff Colossus Media, LLC and for good cause shown, it is hereby

ORDERED that the Motion to Dismiss be and hereby is GRANTED.

SO ORDERED.

DATED: _____

                                                                    DEBORAH K. CHASANOW
                                                                     United States District Judge