IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COLOSSUS MEDIA, LLC                    :

                                       :

v.                                     :   Civil Action No. DKC 24-1402

                                       :

ADALYTICS RESEARCH, LLC                :

                                       :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 9th day of March, 2026, by the United States District Court for the District of Maryland, ORDERED that:

1.    The motion to dismiss the amended counterclaim filed by Plaintiff Colossus Media, LLC (ECF No. 36) BE, and the same hereby IS, GRANTED;

2.    The amended counterclaim filed by Defendant Adalytics Research, LLC (ECF No. 34) BE, and the same hereby IS, DISMISSED WITHOUT PREJUDICE with regard to statements by Colossus Media, LLC to clients and potential clients of Adalytics Research, LLC;

3.    The amended counterclaim filed by Defendant Adalytics Research, LLC (ECF No. 34) BE, and the same hereby IS, DISMISSED as to Colossus Media, LLC with regard to statements by Direct Digital Holdings, Inc., Mark Walker, or Keith Smith;

4.    The court construes the response in opposition filed by Adalytics Research, LLC (ECF No. 40) to include a motion for leave

to amend; so construed, the motion for leave to amend BE, and the same hereby IS, GRANTED;

5.   Adalytics Research, LLC is DIRECTED to file a second amended counterclaim restating any fulsome claim against Colossus Media, LLC and joining any combination of Direct Digital Holdings, Inc., Mark Walker, or Keith Smith as defendants within twenty-one (21) days of the issuance of this order; and

6.   The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

_____/s/_____<br>
DEBORAH K. CHASANOW<br>
United States District Judge