**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

COLOSSUS MEDIA, LLC,

     *Plaintiff,*

v.

ADALYTICS RESEARCH, LLC,

     *Defendant.*

Case 8:24-cv-01402-DKC

**PLAINTIFF COLOSSUS MEDIA, LLC'S
MOTION FOR PARTIAL RECONSIDERATION**

Plaintiff Colossus Media, LLC ("Colossus SSP"), by and through undersigned counsel, hereby respectfully moves for reconsideration of the Court's decision to grant Adalytics leave to amend its Amended Counterclaim to "to add DRCT and/or Mr. Walker and Mr. Smith as third-party defendants in this case."  (ECF 44).

WHEREFORE, Colossus SSP respectfully requests that the Court reconsider granting Adalytics leave to amend its Amended Counterclaim to add new parties for the reasons set forth in detail in their contemporaneously filed Memorandum of Law in Support of this Motion.

Dated: March 23, 2026

Respectfully submitted,

*/s/ Melissa O. Martinez*

Ava E. Lias-Booker (Federal Bar No. 05022)
Melissa O. Martinez (Federal Bar No. 28975)
**MCGUIREWOODS LLP**
500 East Pratt Street, Suite 1000
Baltimore, MD 21202-3169
(410) 659-4400
(410) 659-4482 Fax
alias-booker@mcguirewoods.com
mmartinez@mcguirewoods.com

Robert A. Muckenfuss (admitted *pro hac vice)*
**MCGUIREWOODS LLP**
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
(704) 343-2052
(704) 343-2300 Fax
rmuckenfuss@mcguirewoods.com

Lucy J. Wheatley (admitted *pro hac vice*)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-4320
(804) 698-2017 Fax
lwheatley@mcguirewoods.com

*Counsel for Plaintiff Colossus Media, LLC*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 23, 2026, a copy of the foregoing Plaintiff Colossus Media, LLC's Motion for Partial Reconsideration, Memorandum of Law in Support of its Motion for Partial Reconsideration, and Proposed Order were electronically filed and served via the Court's CM/ECF system on all counsel of record.

/s/ Melissa O. Martinez
Melissa O. Martinez