**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| COLOSSUS MEDIA, LLC, <br><br>     *Plaintiff,* <br> v. <br><br> ADALYTICS RESEARCH, LLC, <br><br>     *Defendant.* | Case 8:24-cv-01402-DKC |

**ORDER**

Upon consideration of the Motion for Partial Reconsideration (the "Motion") filed by Plaintiff Colossus Media, LLC, any oppositions and replies thereto, and for good cause shown, it is this _____ day of _____, 2026, hereby:

**ORDERED** that the Motion be and hereby is **GRANTED**.

                                       _____

                                       DEBORAH K. CHASANOW
                                       United States District Judge

cc:  All Counsel of Record