**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

COLOSSUS MEDIA, LLC,                          *

    *Plaintiff,*                                  *

v.                                            *    Case No. 8:24-cv-01402-DKC

ADALYTICS RESEARCH, LLC                       *

    *Defendant.*                                  *

*    *    *    *    *    *    *    *    *    *    *    *    *

**JOINT REPORT REGARDING EARLY SETTLEMENT/ADR CONFERENCE,**
**DEPOSITION HOURS, PROCEEDING BEFORE A MAGISTRATE JUDGE,**
**THE SCHEDULE, AND ELECTRONICALLY STORED INFORMATION**

Plaintiff Colossus Media, LLC ("Plaintiff") and Defendant Adalytics Research, LLC ("Defendant") (collectively, the "Parties") hereby file this Joint Report Regarding Early Settlement/ADR Conference, Deposition Hours, Proceeding Before a Magistrate Judge, the Schedule, and Electronically Stored Information, pursuant to the Court's Scheduling Order (ECF No. 49). The Parties have met and conferred about these issues and state as follows:

1.      The Parties do not seek an early settlement/ADR conference at this time.

2.      The Parties have discussed the deposition hours needed in this case. Defendant believes that the Parties should be limited to 25 hours each for depositions. Plaintiff requests the Court permit the Parties each to take up to 50 hours of depositions.

3.      The Parties do not consent to proceed before a United States Magistrate Judge.

4.      Defendant is requesting a modification of the initial scheduling order, seeking to extend deadlines (starting with Plaintiff's expert disclosure) by two months. Plaintiff does not consent to this extension and, therefore, Defendant is filing a motion seeking such relief contemporaneously herewith.

5.      As ordered by the Court, the Parties conferred about discovery of electronically stored information ("ESI"). The Parties agree that, given the technical nature of this case, ESI certainly will be produced and, given the anticipated size of the data that will be sought and likely produced, they will need certain protocols for how such data will be delivered. The Parties agreed to continue to work in good faith to craft an ESI Protocol to streamline discovery.

Dated: April 17, 2026

MCGUIREWOODS LLP

/s/ Melissa O. Martinez
Ava E. Lias-Booker (Fed. Bar No. 05022)
Melissa O. Martinez (Fed Bar No. 28975)
McGuireWoods LLP
500 East Pratt Street, Suite 1000
Baltimore, MD 21202-3169
(410) 659-4400
(410) 659-4482 Fax
alias-booker@mcguirewoods.com
mmartinez@mcguirewoods.com

Robert A Muckenfuss (admitted *pro hac vice*)
McGuireWoods LLP
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
(704) 343-2052
(704) 343-2300 Fax
rmuckenfuss@mcguirewoods.com

Lucy J. Wheatley (admitted *pro hac vice*)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-4320
(804) 698-2017 (Fax)
lwheatley@mcguirewoods.com

*Counsel for Plaintiff Colossus Media, LLC*

Respectfully submitted,

HUGHES HUBBARD & REED LLP

/s/ James "Jake" Schaller*
Koushik Bhattacharya (Fed. Bar No. 16994)
James "Jake" Schaller (Fed. Bar No. 21081)
Hughes Hubbard & Reed LLP
1775 I Street, N.W., Sixth Floor
Washington, DC 20006-2401
(202) 721-4600
(202) 721-4646 Fax
koushik.bhattacharya@hugheshubbard.com
jake.schaller@hugheshubbard.com

*Counsel for Defendant Adalytics Research, LLC*

*\*Signed by Melissa O. Martinez, with permission.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 17, 2026, a copy of the foregoing *Joint Report Regarding Early Settlement/ADR Conference, Deposition Hours, Proceeding Before a Magistrate Judge, The Schedule, and Electronically Stored Information* was electronically filed and served via the Court's CM/ECF system on all counsel of record.

/s/ *Melissa O. Martinez*
Melissa O. Martinez