**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

COLOSSUS MEDIA, LLC,

*Plaintiff,*

*v.*

ADALYTICS RESEARCH, LLC,

*Defendant.*

Case No. 8:24-CV-01402-DKC

**PLAINTIFF COLOSSUS MEDIA, LLC'S MOTION TO RECONSIDER THE COURT'S ORDER ON THE PARTIES' PROTECTIVE ORDER AND DEFENDANT'S MOTION TO COMPEL**

Plaintiff Colossus Media, LLC ("Plaintiff" or "Colossus"), by its attorneys and pursuant to Federal Rule of Civil Procedure 54(b) and Local Rule 105.10, respectfully moves that the Court reconsider decisions made in its October 19, 2026 Memorandum Opinion and effectuated by the accompanying Order. ECF No. 72; ECF No. 73. Specifically, Colossus seeks reconsideration of (1) the ruling permitting Dr. Krzysztof Franaszek, Defendant Adalytics Research, LLC's ("Adalytics") founder, president, and sole member, to review material Colossus has designated "Highly Confidential," and (2) the ruling compelling Colossus to respond to Adalytics' Google-related document requests (Request Nos. 13, 14, and 15). Colossus further asks the Court to (3) permit Colossus to designate its confidential information contained in non-party productions. Colossus also asks that the Court preserve the status quo while this Motion is pending. The Court should grant Colossus' Motion on the grounds that there is substantially different evidence not previously considered by the Court, as well as clear error that will cause manifest injustice to Colossus.

For the reasons set forth in the accompanying Memorandum of Points and Authorities, the Motion should be granted, and the Court should: (a) vacate the portion of its Order permitting Dr. Franaszek to access "Highly Confidential" material; (b) vacate the portion of its Order compelling Colossus to respond to Document Request Nos. 13, 14, and 15 or, alternatively, limit those requests as described in the Memorandum and require that any Google-related financial material be produced as Highly Confidential and withheld from Dr. Franaszek; and (c) confirm the parties' ability to designate their confidential information when it is contained in non-party productions.

WHEREFORE, Colossus requests that this Court enter an Order reconsidering and vacating or modifying the aforementioned portions of its October 19, 2026 Memorandum Opinion and Order, and granting the further relief described above.

Dated: November 2, 2026

Respectfully submitted,

*/s/ Lucy J. Wheatley*

Ava E. Lias-Booker (Fed. Bar No. 05022)
Melissa O. Martinez (Fed. Bar No. 28975)
**MCGUIREWOODS LLP**
500 East Pratt Street, Suite 1000
Baltimore, MD 21202-3169
(410) 659-4400
(410) 659-4482 Fax
alias-booker@mcguirewoods.com
mmartinez@mcguirewoods.com

Robert A. Muckenfuss *(pro hac vice)*
**MCGUIREWOODS LLP**
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
(704) 343-2052
(704) 343-2300 Fax
rmuckenfuss@mcguirewoods.com

Lucy J. Wheatley (*pro hac vice*)
Carson R. Bartlett *(pro hac vice)*
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-4320
(804) 698-2017 Fax
lwheatley@mcguirewoods.com
cbartlett@mcguirewoods.com

*Counsel for Plaintiff Colossus Media, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of November, 2026, I caused a true and correct copy of Plaintiff Colossus Media, LLC's Motion to Reconsider the Court's Order on the Parties' Protective Order and Defendant's Motion to Compel, Memorandum of Points and Authorities in Support, Exhibits, and Proposed Order to be electronically filed and served upon all counsel of record via the Court's CM/ECF system and e-mail.

*/s/ Lucy J. Wheatley*
Lucy J. Wheatley