# EXHIBIT A

BID SWITCH

HOME ABOUT US OUR TECHNOLOGY SOLUTIONS

LITESWITCH RESOURCES CONTACT US LOGIN

# BidSwitch partners with Adalytics to strengthen media quality for supply partners

September 9, 2026

*Bespoke research insights will provide an additional opt-in layer of media quality review for supply partners, contributing to a higher quality ecosystem.*

**New York, NY** (September 9th, 2026) – BidSwitch, a subsidiary of Criteo (NASDAQ: Criteo), today announced a data sharing and research partnership with Adalytics Research to offer specialized bidstream data analytics to its supply partners on an opt-in basis. Through this partnership, BidSwitch will leverage Adalytics' research capabilities to assess inventory quality.

“We're pleased to partner with Adalytics to give our supply partners another tool to help strengthen media quality,” said Barry Adams, General Manager at BidSwitch. “This adds an opt-in layer of analysis that complements the malware and IVT protections already available on the BidSwitch platform, and we're proud to offer it at no cost.”

The agreement enables BidSwitch to leverage Adalytics' unique capabilities to analyze trading and alert clients of activity meriting additional review. Through independent review and adjudication of Adalytics' research, BidSwitch will be able to provide independent actionable recommendations to its partners who choose to opt-in to triage potential media issues, meriting additional consideration and review.

Krzysztof Franaszek, Founder of Adalytics added: "Bidswitch is an important stakeholder in the global digital advertising supply chain. By exchanging data and research insights, we aim to strengthen transparency, accountability, and media quality across the digital advertising ecosystem."

Founded in 2012, BidSwitch acts as a connectivity layer between over 200 demand-side and supply-side platforms, offering services related to traffic shaping and optimization.

**Contacts:**
Criteo Public Relations
Amanda Echavarri, a.echavarri@criteo.com

Criteo Investor Relations
Melanie Dambre, m.dambre@criteo.com

## Recent posts

Demand-Side Spotlight: Simpli.fi

September 29, 2026

Tune-up your bidstream pipes: The Q4 checklist for buyers and sellers

September 16, 2026

BidSwitch partners with Adalytics to strengthen media quality for supply partners

September 09, 2026

The cookiepocalyse that wasn't

July 16, 2026

Curation counts: A guide for programmatic players

June 19, 2026



© 2026 IPONWEB Holding Limited, All Rights Reserved.