# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| COLOSSUS MEDIA, LLC,<br><br>*Plaintiff,*<br><br>*v.*<br><br>ADALYTICS RESEARCH, LLC,<br><br>*Defendant.* | Case No. 8:24-cv-01402-DKC |

**DECLARATION OF ANU PILLAI IN SUPPORT OF PLAINTIFF'S MOTION TO RECONSIDER**

I, Anu Pillai, declare as follows:

1. I am the Chief Technology Officer of Direct Digital Holdings, Inc. ("DRCT"), the parent company of Plaintiff Colossus Media, LLC ("Colossus"). As Chief Technology Officer, I am responsible for the technology underlying the Colossus SSP, including its integrations with BidSwitch and with demand-side platforms, and I held this role during the period September 2023 through May 2024. I am over eighteen years of age and competent to make this declaration. The statements in this declaration are based on my personal knowledge and on my review of Colossus' technical records maintained in the ordinary course of business.

2. I submit this declaration in support of Colossus' Motion to Reconsider the Court's Order on the Parties' Protective Order and Defendant's Motion to Compel.

**Colossus' Integration with The Trade Desk**

3. During the period from September 2023 through May 10, 2024, Colossus did not have a direct integration with The Trade Desk. Colossus traffic reached The Trade Desk only through BidSwitch, Inc. ("BidSwitch").

4. Colossus' arrangement with The Trade Desk was a deals-only arrangement, under which transactions were to be matched and executed by reference to deal IDs rather than in the open auction.

5. Colossus did not maintain a cookie-synchronization relationship with The Trade Desk and did not store or maintain The Trade Desk user identifiers ("TDIDs"). Colossus synchronized its user identifiers with BidSwitch.

6. Because Colossus did not possess TDIDs, Colossus could not have inserted TDIDs into the bid requests that reached The Trade Desk. Any TDID associated with a bid request that reached The Trade Desk through BidSwitch did not come from Colossus.

7. Observations made from a user's browser, such as the parameters of a Trade Desk win-notification pixel and the contents of the user's cookies, do not show what Colossus transmitted to BidSwitch or what BidSwitch transmitted to The Trade Desk. Determining which entity populated a user identifier in a given bid request requires the server-to-server bid requests themselves.

**Colossus' Integration with Google**

8. Colossus also transacted with Google's demand-side platform, Display & Video 360 ("DV360"), through BidSwitch. Colossus' Google business through BidSwitch included both open-auction OpenRTB transactions and deals.

**Confidential Technical Information**

9. Colossus' technical records include aggregated bid-request reflecting specific auctions, the specifications and configurations of Colossus' integrations with BidSwitch and DSPs, deal configurations, the design of Colossus' user-ID synchronization infrastructure, and Colossus' internal technical analyses of its BidSwitch integration.

10. This information is not publicly available. Colossus maintains it on highly secured servers with access restricted to technical personnel who need it, and Colossus' agreements with its counterparties contain strict confidentiality provisions. In the hands of a competing SSP or an intermediary, it would reveal how Colossus' integrations are built and configured, which partners Colossus transacted with, and the pricing and deal structures it used, and would allow that party to replicate or exploit Colossus' integrations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 2, 2026, in Houston, Texas.

*/s/ Anu Pillai*
Anu Pillai
Chief Technology Officer, Direct Digital Holdings, Inc.