# EXHIBIT G

**Criteo Launches First-ever Supply-side Platform Built for Commerce**

*Omnicom Media Group signs on as exclusive launch partner following successful market test*

**NEW YORK - June 15, 2023** — Criteo (Nasdaq: CRTO), the commerce media company, today announced the launch of Commerce Grid, a first-of-its-kind supply-side platform (SSP) purpose-built for agencies and publishers looking to efficiently connect media and commerce with programmatic.

Commerce Grid differentiates itself from other SSPs by bringing Criteo's proprietary Commerce Audiences to both buyers and sellers on the supply side for the first time. When packaged with premium inventory, ad buyers can target these audiences—built from Criteo's leading AI technology that analyzes billions of real-time commerce signals—through their preferred demand-side platform (DSP) to engage with potential customers across all channels, devices, and stages of their shopping journey. Publishers also gain access to other Criteo assets, including shoppable formats and commerce insights.

According to McKinsey, commerce media has the potential to generate over $1.3 trillion of enterprise value in the United States alone by 2026, with $50 billion up for grabs by publishers.

"Commerce Grid is another milestone in our transformational roadmap, enabling our existing and future clients to engage in the massive commerce media opportunity," said Brian Gleason, Chief Revenue Officer at Criteo. "While publishers recognize the opportunity, they've also struggled to find a clear path on how to access commerce budgets and buyers. With Commerce Grid, we're able to connect them directly to commerce demand and opportunities, while giving agencies and brands the flexibility to access desired commerce segments, coupled with premium supply, through their preferred demand platforms."

**Connecting Agencies with Premium Audiences to Drive Commerce Outcomes**

Omnicom Media Group (OMG), the media services division of leading global marketing and corporate communications company Omnicom Group Inc. (NYSE: OMC), served as an exclusive agency partner for the launch.

"Commerce Grid marks a significant step forward for the industry by enabling both flexibility and performance," said Megan Pagliuca, Chief Activation Officer at OMG. "This gives us a new opportunity to find and reach the right audiences by leveraging existing buying systems and workflows to deliver superior commerce outcomes for our clients."

**Enriching Inventory to Drive Yield for Premium Publishers**

For publishers, Commerce Grid provides a market-first opportunity to leverage Criteo's powerful commerce insights to enhance the value and relevance of their inventory to attract growing commerce ad dollars. Commerce Grid also empowers publishers with robust commerce tools and insights to enhance ad offerings and inform content strategy to support existing commerce efforts and maximize overall revenue.

Commerce Grid is a part of Criteo's Commerce Media Platform solution suite for clients, accelerated by the company's strategic acquisition of IPONWEB in 2022. The platform brings together IPONWEB's The

MediaGrid SSP with Criteo's legacy Direct Bidder solution. It's currently available in the U.S. with additional global markets, features, and functionalities to be rolled out in the coming months.

For more information and to learn more about Commerce Grid, visit here.

**About Criteo**

Criteo (NASDAQ: CRTO) is the global commerce media company that enables marketers and media owners to drive better commerce outcomes. Its industry leading Commerce Media Platform connects thousands of marketers and media owners to deliver richer consumer experiences from product discovery to purchase. By powering trusted and impactful advertising, Criteo supports an open internet that encourages discovery, innovation, and choice. For more information, please visit www.criteo.com.

**Forward-Looking Statements Disclosure**

This press release contains forward-looking statements, including our expectations regarding our market opportunity and future growth prospects and other statements that are not historical facts and involve risks and uncertainties that could cause actual results to differ materially. Factors that might cause or contribute to such differences include, but are not limited to: failure related to our technology and our ability to innovate and respond to changes in technology, uncertainty regarding the scope and impact of the COVID-19 pandemic on our employees, operations, revenue and cash flows, uncertainty regarding our ability to access a consistent supply of internet display advertising inventory and expand access to such inventory, including without limitation uncertainty regarding the timing and scope of proposed changes to and enhancements of the Chrome browser announced by Google, investments in new business opportunities and the timing of these investments, whether the projected benefits of acquisitions materialize as expected, including the successful integration of our acquisition of IPONWEB, uncertainty regarding international growth and expansion (including related to changes in a specific country's or region's political or economic conditions), the impact of the invasion of Ukraine by Russia, including resulting sanctions, the impact of competition, uncertainty regarding legislative, regulatory or self-regulatory developments regarding data privacy matters and the impact of efforts by other participants in our industry to comply therewith, the impact of consumer resistance to the collection and sharing of data, our ability to access data through third parties, failure to enhance our brand cost-effectively, recent growth rates not being indicative of future growth, our ability to manage growth, potential fluctuations in operating results, our ability to grow our base of clients, and the financial impact of maximizing Contribution ex-TAC, as well as risks related to future opportunities and plans, including the uncertainty of expected future financial performance and results and those risks detailed from time-to-time under the caption "Risk Factors" and elsewhere in the Company's SEC filings and reports, including the Company's Annual Report on Form 10-K filed with the SEC on February 24, 2023, and in subsequent Quarterly Reports on Form 10-Q as well as future filings and reports by the Company.

Except as required by law, the Company undertakes no duty or obligation to update any forward-looking statements contained in this release as a result of new information, future events, changes in expectations or otherwise.

**Contacts**
Criteo Public Relations
Jessica Meyers, j.meyers@criteo.com

Criteo Investor Relations
Melanie Dambre, m.dambre@criteo.com