**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| COLOSSUS MEDIA, LLC,<br><br>*Plaintiff,*<br>v.<br><br>ADALYTICS RESEARCH, LLC,<br><br>*Defendant.* | Case No. 8:24-CV-01402-DKC |

**ORDER**

Upon consideration of Plaintiff Colossus Media, LLC's Motion to Reconsider the Court's Order on the Parties' Protective Order and Defendant's Motion to Compel (the "Motion"), any oppositions and replies thereto, and for good cause shown, it is this _____ day of ____________, 2026, hereby:

**ORDERED** that the Motion be and hereby is **GRANTED**; and it is further

**ORDERED** that the portions of the Court's October 19, 2026 Memorandum Opinion and Order (ECF Nos. 72, 73) permitting Dr. Krzysztof Franaszek to access material designated "Highly Confidential" under the Protective Order are **VACATED**; and it is further

**ORDERED** that material designated "Highly Confidential" may be disclosed only to Adalytics Research, LLC's outside counsel and its independent outside experts, and that nothing in this Order disturbs Dr. Franaszek's access to material designated "Confidential"; and it is further

**ORDERED** that the portion of the Memorandum Opinion and Order compelling Plaintiff Colossus Media, LLC to respond to Document Request Nos. 13, 14, and 15 is **VACATED**.

______________________________
United States District Judge

cc: All Counsel of Record