**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| COLOSSUS MEDIA, LLC<br><br>*Plaintiff*<br>*v.*<br><br>ADALYTICS RESEARCH, LLC<br><br>*Defendant* | Case 8:24-cv-01402-DKC |

**DECLARATION OF DR. KRZYSZTOF FRANASZEK IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION TO RECONSIDER COURT'S ORDER ON PARTIES' PROTECTIVE ORDER AND DEFENDANT'S MOTION TO COMPEL**

I, KRZYSZTOF FRANASZEK, make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am over the age of 18 and am otherwise competent to make this declaration.

2. I am the founder of Adalytics Research, LLC ("Adalytics"), a Maryland limited liability company focusing on digital advertising data analytics.

3. On September 9, 2026, a data sharing and research partnership between BidSwitch, Inc. ("BidSwitch") and Adalytics was announced publicly online.

4. Neither I nor Adalytics has any authority to make commercial decisions on behalf of any of BidSwitch's clients or affiliates.

5. Neither I nor Adalytics receives any monetary compensation for work done pursuant to the research partnership. It is done entirely *pro bono*.

6. I am not a decision maker for BidSwitch, Criteo, or any of their affiliates, and I do not make or participate in decisions related to pricing or product for BidSwitch, Criteo, or any of their affiliates.

7. I do not design any "products" for BidSwitch, Criteo or any of their affiliates.

8. Prior to (and after) publication of Adalytics' Report that is the subject of this lawsuit, Adalytics' General Counsel, Jonathan Lee, informed Colossus that Adalytics would review any evidence Colossus had that purportedly disproved any statement in the Adalytics Report and that it would revise the Report upon validation of such evidence.

9. Specifically, Adalytics requested the HTTP Archive (.har) files that counsel for Colossus had initially offered to provide to Mr. Lee on May 10, 2024, as evidence of purported errors in the Adalytics Report. Mr. Lee requested the .har files a second time on May 13, 2024, writing to Colossus' legal counsel: "If you can please send us over those .har files that your previous letter referenced, we will review them as quickly as possible and amend our report to reflect the new information we are able to confirm therein."

10. Colossus, however, failed to turn over the files and initially objected to turning them over in discovery before finally producing them in discovery.

I declare under penalty of perjury under the laws of the United States of America and the state of Maryland that the foregoing is true and correct.

Date: November 16, 2026

By: */s/Krzysztof Franaszek*
Dr. Krzysztof Franaszek