**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| COLOSSUS MEDIA, LLC<br><br>*Plaintiff*<br>*v.*<br><br>ADALYTICS RESEARCH, LLC<br><br>*Defendant* | Case 8:24-cv-01402-DKC |

# DECLARATION OF GIOVANNI SOLLAZZO

I, GIOVANNI SOLLAZZO, make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am over the age of 18 and am otherwise competent to make this declaration.

2. I served as Chief Executive Officer of Aidem throughout 2024. Aidem operated a demand-side platform (DSP) built on the Beeswax bidder (Beeswax.IO Corporation, a FreeWheel/Comcast company). I make this statement from my personal knowledge and from Aidem's business records kept in the ordinary course of business.

3. To my knowledge, before May 13, 2024, Aidem had no business relationship with Colossus Media, LLC or Direct Digital Holdings, Inc. On that date a third party introduced me by email to Direct Digital Holdings' Chief Technology Officer.

4. Between May and July of 2024, Aidem and Colossus discussed a possible integration. Colossus sent Aidem a draft Master Services Agreement and a credit application on June 20, 2024. Aidem sent Colossus its own form of supplier agreement on July 8, 2024. No agreement was ever executed between Aidem and Colossus.

5. Colossus's own correspondence confirms this. On November 14, 2024, December 19, 2024, and January 8, 2025, Colossus wrote to Aidem asking about the status of the MSA and the credit application. On January 8, 2025, Aidem replied in writing that it had "decided not to proceed with any additional integrations in 2025."

6. During 2024 Aidem had no contract, no insertion order, no deal ID, and no direct technical integration with Colossus. To my knowledge, Aidem never received an invoice from Colossus and never made a payment to Colossus.

7. Aidem's Beeswax spend reports record every impression purchased through Aidem's DSP, by day and by inventory source. I have reviewed those reports for every day from January 1, 2024 through December 31, 2024 (366 days). They show:

a. Impressions attributed to inventory source COLOSSUS in 2024: 21 (19 on July 20, 2024 and 2 on July 21, 2024).

b. Total spend on those 21 impressions: USD 0.0105 (inventory cost USD 0.0098).

c. No other impressions or spend attributed to Colossus on any other day of 2024.

8. Those 21 impressions were open-auction banner impressions purchased through Beeswax's own exchange seat, with no deal ID. They were billed to Aidem by Beeswax as part of Beeswax's aggregate media charges, not by Colossus.

9. Colossus accounted for a negligible fraction of Aidem's media purchasing in 2024.

10. Aidem was not, in 2024 or at any other time, among Colossus's largest trading relationships by any measure known to me.

I declare under penalty of perjury under the laws of the United States of America and the state of Maryland that the foregoing is true and correct.

Date: November 16, 2026 By: ______________________

Giovanni Sollazzo