**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| COLOSSUS MEDIA, LLC<br><br>*Plaintiff*<br>*v.*<br><br>ADALYTICS RESEARCH, LLC<br><br>*Defendant* | Case 8:24-cv-01402-DKC |

**DECLARATION OF JAMES SCHALLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO RECONSIDER THE COURT'S ORDER ON THE PARTIES' PROTECTIVE ORDER AND DEFENDANT'S MOTION TO COMPEL**

I, James "Jake" Schaller, make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am over the age of 18 and am otherwise competent to make this declaration. I have personal knowledge of the facts stated herein, and they are true and correct.

2. I am Counsel at the law firm of Hughes Hubbard & Reed LLP, and am counsel for the defendant, Adalytics Research, LLC ("Adalytics" or "Defendant"), in this matter. I submit this Declaration in support of Adalytics' Opposition to the Motion to Reconsider the Court's Order on the Parties' Protective Order and Defendant's Motion to Compel filed by Plaintiff Colossus Media, LLC ("Plaintiff").

3. Attached as **Exhibit A** is a true and correct copy of an email from Plaintiff's counsel to Defendant's counsel, dated November 3, 2026, informing Defendant's counsel that Plaintiff is in the process of retaining new counsel for this matter.

4. Attached as **Exhibit B** is a true and correct copy of additional emails exchanged between Plaintiff's counsel and Defendant's counsel between November 3, 2026 and November

11, 2026, regarding, *inter alia*, Plaintiff's document productions and the transition of this matter to new counsel. Exhibit B has been filed under seal.

5. Attached as **Exhibit C** is a true and correct copy of an email from a representative of The Trade Desk ("TTD") to representatives of Plaintiff, dated May 9, 2024. The Bates number for Exhibit C is COLOSSUS_0000164. Exhibit C has been filed under seal.

6. Attached as **Exhibit D** is a true and correct copy of an email chain that includes an email from BidSwitch's Valerie Zeltser, VP, Global Client Solutions, dated May 10, 2024. The email chain was produced by BidSwitch in response to a subpoena from Adalytics. The Bates number range for Exhibit D is CRITEO-ADALYTICSUBP0000001-0000003. Exhibit D has been filed under seal.

7. Attached as **Exhibit E** is a true and correct copy of Adalytics' Amended Objections and Answers to Plaintiff's First Interrogatories, dated October 28, 2026. Exhibit E has been filed under seal.

8. Attached as **Exhibit F** is a true and correct copy of an email from Chris Coupland at Basis, dated May 10, 2024, which was produced by Basis in response to a subpoena from Adalytics. The Bates number for Exhibit F is Basis_300. Exhibit F has been filed under seal.

9. Attached as **Exhibit G** is a true and correct copy of the Adalytics report, titled "Are user IDs declared consistently in ad auctions?," which was published on May 10, 2024.

10. Attached as **Exhibit H** is a true and correct copy of an email chain that includes an email from Chris Coupland of Basis, dated May 10, 2024. The email chain was produced by Basis in response to a subpoena from Adalytics. The Bates number range for Exhibit H is Basis_001-006. Exhibit H has been filed under seal.

11. Attached as **Exhibit I** is a true and correct copy of an email chain that includes an email from Ian Trider at Basis, dated May 12, 2024. The email chain was produced by Basis in response to a subpoena from Adalytics. The Bates number range for Exhibit I is Basis_038-048. Exhibit I has been filed under seal.

12. Attached as **Exhibit J** is a true and correct copy of the expert report of Plaintiff's Expert, Dr. Iman Sadeghi, dated September 14, 2026. Exhibit J has been filed under seal.

13. Attached as **Exhibit K** is a true and correct copy of an email from Neil Curran at TTD, dated June 20, 2024, which was produced by TTD in response to a subpoena from Adalytics. The Bates number range for Exhibit K is BAYER-0000001_0003. Exhibit K has been filed under seal.

14. Attached as **Exhibit L** is a true and correct copy of an email chain that includes an email from Neil Curran at TTD, dated July 8, 2024. The email chain was produced by TTD in response to a subpoena from Adalytics. The Bates number range for Exhibit L is BAYER-0000001_0001-0002. Exhibit L has been filed under seal.

15. Attached as **Exhibit M** is a true and correct copy of an email from Elena Skachkova at BidSwitch, dated December 3, 2019, which was produced by BidSwitch in response to a subpoena from Adalytics. The Bates number for Exhibit M is CRITEO-ADALYTICSUBP0000049. Exhibit M has been filed under seal.

16. Attached as **Exhibit N** is a true and correct copy of an email from Matt Davies at BidSwitch, dated December 4, 2019, which was produced by BidSwitch in response to a subpoena from Adalytics. The Bates number for Exhibit N is CRITEO-ADALYTICSUBP0000065. Exhibit N has been filed under seal.

17. Attached as **Exhibit O** is a true and correct copy of Plaintiff's First Amended Objections and Responses to Defendant's First Set of Interrogatories, dated August 19, 2026.

I declare under penalty of perjury under the laws of the United States of America and the State of Maryland that the foregoing is true and correct.

Date: November 16, 2026

By: */s/ James Schaller*
James "Jake" Schaller