# Exhibit A

## Schaller, Jake

**From:** Bartlett, Carson R. <cbartlett@mcguirewoods.com>
**Sent:** Tuesday, November 3, 2026 9:44 AM
**To:** Schaller, Jake; Bhattacharya, Koushik; Taylor, Katherine
**Cc:** Muckenfuss, Robert A.; Wheatley, Lucy Jewett; Martinez, Melissa O.; Lias-Booker, Ava E.; McDonough, Deirdre E.; Reed, Marie E.
**Subject:** Colossus Media LLC v. Adalytics

**CAUTION: This email was sent by someone outside of the Firm.**

Counsel,

Plaintiff is in the process of transitioning this matter to new counsel. Are you all amenable to a 30-day extension of all case deadlines, including the motion to compel, while we complete that process?

Please let us know.

Best,

Carson

**Carson R. Bartlett**
Associate
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T: +1 804 775 1829
M: +1 804 920 7959
F: +1 804 698 2029
cbartlett@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

McGuireWoods

---

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*