**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

COLOSSUS MEDIA, LLC *

**Plaintiff,**

*

**v.** **Case No.** 8:24-cv-01402-DKC

*

ADALYTICS RESEARCH, LLC

**Defendant.** *

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Check one.**

☒ Exhibit C which is an attachment to Defendant's Opposition to Plaintiff's Motion to Reconsider the Court's Order on the Parties' Protective Order and Defendant's Motion to Compel

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐ ____________________

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by____________________.

11/16/2026

Date

Signature

Koushik Bhattacharya (Fed. Bar No. 16994)

Printed Name and Bar Number

1775 I Street, N.W., Sixth Floor Washington, DC 20006

Address

koushik.bhattacharya@hugheshubbard.com

Email Address

(202) 721-4600

Telephone Number

(202) 721-4646

Fax Number