**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| COLOSSUS MEDIA, LLC<br><br>*Plaintiff*<br>*v.*<br><br>ADALYTICS RESEARCH, LLC<br><br>*Defendant* | Case 8:24-cv-01402-DKC |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION**
**TO RECONSIDER THE COURT'S ORDER ON**
**THE PARTIES' PROTECTIVE ORDER AND DEFENDANT'S MOTION TO COMPEL**

Upon consideration of Defendant Adalytics Research, LLC's ("Defendant") Opposition to Plaintiff Colossus Media, LLC's ("Plaintiff") Motion to Reconsider the Court's Order on the Parties' Protective Order and Defendant's Motion to Compel ("Motion"), along with any papers or arguments supporting or opposing the Motion, and for good cause shown, it is hereby **ORDERED** that Plaintiff's Motion be and is hereby **DENIED**.

**SO ORDERED.**

Date: ________________

___________________________________
Hon. Judge Deborah K. Chasanow
U.S. District Court for the District of Maryland